Eric B. Hull (#291167)
KERCSMAR & O'HARA PLLC
1149 N. Gower Street, Suite 216
Los Angeles, California 90038
Telephone: (310) 928-7885
Facsimile:  (480) 421-1002
ebh@KandOlaw.com

Sean J. O'Hara (pro hac vice to be filed)
KERCSMAR & O'HARA PLLC
8800 East Raintree Drive, Suite 310
Scottsdale, Arizona 85260
Telephone: (480)421-1001
Facsimile:  (480) 421-1002
sjo@KandOlaw.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ART RESEARCH AND TECHNOLOGY LLC, | Case No. 5:24-cv-04898 |
|---|---|
| Plaintiff, | **PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| GOOGLE, LLC, and YOUTUBE, LLC, | |
| Defendants. | |

**TO THE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:**

The undersigned is counsel of record for Plaintiff ART Research and Technology LLC, hereby submits the following disclosure statement pursuant to Civil Local Rules 3-15:

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict of interest (other than the named parties) to report.

DATED this 8th day of August, 2024.

                                  KERCSMAR & O'HARA PLLC

                      By: */s/ Eric B. Hull*
                            Eric B. Hull
                            1149 N. Gower Street, Suite 216
                            Los Angeles, California 90038
                            *Attorneys for Plaintiff*