Eric B. Hull (#291167)
KERCSMAR & O'HARA PLLC
1149 N. Gower Street, Suite 216
Los Angeles, California 90038
Telephone: (310) 928-7885
Facsimile: (480) 421-1002
ebh@KandOlaw.com

Sean J. O'Hara (pro hac vice to be filed)
KERCSMAR & O'HARA PLLC
8800 East Raintree Drive, Suite 310
Scottsdale, Arizona 85260
Telephone: (480)421-1001
Facsimile: (480) 421-1002
sjo@KandOlaw.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ART RESEARCH AND TECHNOLOGY LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, LLC, and YOUTUBE, LLC,<br><br>Defendants. | Case No. 5:24-cv-04898<br><br>**ART RESEARCH AND TECHNOLOGY LLC'S CORPORATE DISCLOSURE STATEMENT** |

Plaintiff ART Research and Technology LLC makes this corporate disclosure statement in compliance with the provisions of:

  X   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

  ___   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any

parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

\_\_\_ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required.

The filing parties hereby declare as follows:

 X  No such corporation.

\_\_\_ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (Attach additional pages if needed.)

_____ Relationship _____

\_\_\_ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)

_____ Relationship _____

\_\_\_ Other: _____

A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED this 8th day of August, 2024.

KERCSMAR & O'HARA PLLC

By: */s/ Eric B. Hull*
Eric B. Hull
1149 N. Gower Street, Suite 216
Los Angeles, California 90038
*Attorneys for Plaintiff*