| | |
|---|---|
| Eric B. Hull (#291167) | ROBIN L. BREWER (Bar No. 253686) |
| KERCSMAR & O'HARA PLLC | rbrewer@perkinscoie.com |
| 1149 N. Gower Street, Suite 216 | PERKINS COIE LLP |
| Los Angeles, California 90038 | 505 Howard Street, Suite 1000 |
| Telephone: (310) 928-7885 | San Francisco, CA 94105 |
| Facsimile: (480) 421-1002 | Telephone: (415) 344-7000 |
| ebh@KandOlaw.com | Facsimile: (415) 344-7050 |
| | |
| Sean J. O'Hara (pro hac vice to be filed) | Attorneys for Defendants |
| KERCSMAR & O'HARA PLLC | GOOGLE LLC and YOUTUBE, LLC |
| 8800 East Raintree Drive, Suite 310 | |
| Scottsdale, Arizona 85260 | |
| Telephone: (480)421-1001 | |
| Facsimile: (480) 421-1002 | |
| sjo@KandOlaw.com | |

Attorneys for Plaintiff
ART RESEARCH AND TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ART RESEARCH AND TECHNOLOGY LLC, | Case No. 3:24-CV-04898-AMO |
| Plaintiff, | STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |
| v. | |
| GOOGLE, LLC, and YOUTUBE, LLC, | Judge: Hon. Araceli Martínez-Olguín |
| Defendants. | |

WHEREAS, Plaintiff ART Research and Technology LLC ("Plaintiff") filed Case No. 3:24-cv-04898-AMO against Google LLC and YouTube, LLC ("Defendants") on August 8, 2024;

WHEREAS, Plaintiff served the summons and complaint on Defendants on August 14, 2024;

WHEREAS, Defendants' response to the complaint is due on September 4, 2024;

WHEREAS, Defendants requested, and Plaintiff agreed, that the time for Defendants to respond to the complaint shall be extend to October 4, 2024;

WHEREAS, this is the first request to extend time to respond to the complaint;

WHEREAS, Local Rule 6-1 states that "[p]arties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, or to enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by Court order;"

WHEREAS, this stipulation will not alter the date of any event or any deadline already fixed by Court order.

NOW, THEREFORE, by and through their respective counsel of record, the parties hereby stipulate and agree that Defendants' response to the complaint shall be due on October 4, 2024.

IT IS SO STIPULATED.

Dated: August 26, 2024

By: */s/ Eric B. Hull*
Eric B. Hull
KERCSMAR & O'HARA PLLC

Attorneys for Plaintiff
ART RESEARCH AND TECHNOLOGY LLC

By: */s/ Robin L. Brewer*
Robin L. Brewer
PERKINS COIE LLP

Attorneys for Defendants
GOOGLE LLC and YOUTUBE, LLC

-2-

## FILER'S ATTESTATION

I, Robin L. Brewer, pursuant to Civil Local Rule 5-1(h), attest that all other signatories listed, and on whose behalf the filing is submitted, have concurred in the filing of the document.

Dated:  August 26, 2024                    By:  */s/ Robin L. Brewer*
                                                Robin L. Brewer