| | |
|---|---|
| 1 | NATHAN B. SABRI (Bar No. 252216) |
| 2 | nsabri@perkinscoie.com<br>ROBIN L. BREWER (Bar No. 253686) |
| 3 | rbrewer@perkinscoie.com<br>JONATHAN I. TIETZ (*pro hac vice*) |
| 4 | jtietz@perkinscoie.com<br>DORIANNE SALMON (*pro hac vice*) |
| 5 | dsalmon@perkinscoie.com<br>PERKINS COIE LLP |
| 6 | 505 Howard Street, Suite 1000<br>San Francisco, CA 94105 |
| 7 | Telephone: (415) 344-7000<br>Facsimile:  (415) 344-7050 |
| 8 | Attorneys for Defendants |
| 9 | GOOGLE LLC AND<br>YOUTUBE, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ART RESEARCH AND TECHNOLOGY, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC, AND YOUTUBE LLC,<br><br>　　　　　Defendants. | Case No. 3:24-CV-04898-AMO<br><br>**DEFENDANTS GOOGLE LLC AND YOUTUBE, LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>Judge: Hon. Araceli Martínez-Olguín |

1 | Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Google LLC and YouTube, LLC disclose the following:

    1.    Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

    2.    YouTube, LLC is a subsidiary of Google LLC.

Dated: October 4, 2024

By: *Nathan B. Sabri*
Nathan B. Sabri
PERKINS COIE LLP

*Counsel for Defendants*
GOOGLE LLC AND YOUTUBE, LLC