NATHAN B. SABRI (Bar No. 252216)
nsabri@perkinscoie.com
ROBIN L. BREWER (Bar No. 253686)
rbrewer@perkinscoie.com
JONATHAN I. TIETZ (*pro hac vice*)
jtietz@perkinscoie.com
DORIANNE SALMON (*pro hac vice*)
dsalmon@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 344-7000
Facsimile:  (415) 344-7050

Attorneys for Defendants
GOOGLE LLC AND
YOUTUBE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ART RESEARCH AND TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC, AND YOUTUBE LLC,<br><br>Defendants. | Case No. 3:24-CV-04898-AMO<br><br>**DEFENDANTS GOOGLE LLC AND YOUTUBE, LLC'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br>Judge: Hon. Araceli Martínez-Olguín |

| | |
|---|---|
| 1 | Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, |
| 2 | associations of persons, firms, partnerships, corporations (including parent corporations) or other |
| 3 | entities (i) have a financial interest in the subject matter in controversy or in a party to the |
| 4 | proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be |
| 5 | substantially affected by the outcome of this proceeding: |

1. YouTube, LLC
2. Google LLC
3. XXVI Holdings Inc., Holding Company of Google LLC
4. Alphabet Inc., Holding Company of XXVI Holdings Inc.

Dated: October 4, 2024

By: *Nathan B. Sabri*
Nathan B. Sabri
PERKINS COIE LLP

*Counsel for Defendants*
GOOGLE LLC AND YOUTUBE, LLC