Eric B. Hull (#291167)
KERCSMAR & O'HARA PLLC
1149 N. Gower Street, Suite 216
Los Angeles, California 90038
Telephone: (310) 928-7885
Facsimile:  (480) 421-1002
ebh@KandOlaw.com

Sean J. O'Hara (admitted pro hac vice)
KERCSMAR & O'HARA PLLC
8800 East Raintree Drive, Suite 310
Scottsdale, Arizona 85260
Telephone: (480)421-1001
Facsimile:  (480) 421-1002
sjo@KandOlaw.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ART RESEARCH AND TECHNOLOGY LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, LLC, and YOUTUBE, LLC,<br><br>Defendants. | Case No. 5:24-CV-04898<br><br>**PLAINTIFF'S SUPPLEMENTAL CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

**TO THE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:**

The undersigned is counsel of record for Plaintiff ART Research and Technology LLC, and hereby submits the following disclosure statement pursuant to Civil Local Rules 3-15:

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject

matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- SAA Group, Inc.
- Sukumar Nagendran, MD
- Coleene Fernando, MD

DATED this 21st day of October, 2024.

KERCSMAR & O'HARA PLLC

By: */s/ Sean J. O'Hara*
Sean J. O'Hara
*Attorneys for Plaintiff*